UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55281-004

UNITED STATES OF AMERICA    )
           Plaintiff        )    Case Number: CR 00-4089-SNOW
                            )    REPORT COMMENCING CRIMINAL
-vs- Hernandez-Castellanos       ACTION
JOEL HERNANDEZ-CASTELLANOS )
           Defendant

*FILED by ___ D.C. APR 25 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

****************************************************
TO: Clerk's Office      MIAMI    FT. LAUDERDALE    W. PALM BEACH
     U.S. District Court          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
****************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 0700 / 4/25/2000 (am)/pm

(2) Language Spoken: SPANISH

(3) Offense(s) Charged: IMPORTATION OF COCAINE

(4) U.S. Citizen [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: 7-23-68

(6) Type of Charging Document: (check one)
    [ ] Indictment  [X] Complaint  To be filed/Already filed
    Case# _____

    AUSA MITRANI

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 4/25/2000   (9) Arresting Officer: Rob Catterton

(10) Agency: CUSTOMS      (11) Phone: 954-868-2967

(12) Comments: