COURT INTERPRETER REQUEST

FILED by _____ D.C.
APR 2 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NO.: 00-4089-_____

Plaintiff(s) _____

Defendant(s) Joel Hernandez-Castellanos

Defendant Name and No.: same

Language: Spanish

4/26/00
Date

_____
Benny Buttle, Deputy Clerk

3