COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JOEL HERNANDEZ-CASTELLANOS (J)    CASE NO: ___00-4089-SNOW___

AUSA: BERTHA MITRANI _pres_    ATTY: _Robin Farnsworth_

AGENT: CUSTOMS    VIOL: 21:841

PROCEEDING I/A ON COMPLAINT    RECOMMENDED BOND PTD

BOND HEARING HELD - yes/(no)    COUNSEL APPOINTED _FPD_

BOND SET @ _250,000 CSB w/Neb..._

FILED by ___ D.C.
APR 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SPECIAL CONDITIONS: _____

1) To be cosigned by: _____

2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person

3) Travel extended to: _____

_deft advised of charges - sworn for apptmt of counsel_

_right to PTD hrg reserved if deft seeks to pool or reduce bond._

(Circle One)
Interpreter Request ✓
No Interpreter
Not Known
_Spanish_
(Specify Language)

_timely prelim/arr waived_

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL: _____

~~PTD~~/BOND HRG: _____

PRELIM/ARRAIGN: _5-9    //    BSS_

REMOVAL HRG: _____

STATUS CONF: _____

Date: 4-26-00    Time 11:00    FTL/LSS
TAPE #00- _021_    Begin: _2165_    End: _2810_

_2622 recall_