UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-4089 SNOW

UNITED STATES OF AMERICA

v.

Joel Hernandez-Castellanos

FILED by _____ D.C.
APR 26 2000
CLARENCE MADDOX
C.O. OF FLA. FT. LAUD.

WAIVER OF TIMELY PRELIMINARY EXAMINATION

The defendant having been advised of the right to a timely preliminary hearing or examination as to the probable cause, and the defendant having refused and waived a timely preliminary examination,

The defendant now signs this Waiver of Timely Preliminary Examination.

DATED: 4/26/00

_____
Defendant

MAGISTRATE'S CERTIFICATE

The U. S. Magistrate Judge certifies that the defendant, after being advised of the right to a preliminary examination within ___ days from the defendant's initial appearance has stated he/she refused and waived such timely preliminary examination and signed the foregoing Waiver of Timely Preliminary Examination.

IT IS ORDERED that a timely preliminary examination in the above-entitled matter is refused and waived, and the defendant is bound over for proceedings in the U. S. District Court. On May 9, 2000 @ 11 Am

DATED: 4/26/00    _Lurana S. Snow_
                   LURANA S. SNOW
                   CHIEF UNITED STATES MAGISTRATE JUDGE