UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6112-CR-ZLOCH

MAGISTRATE JUDGE SELTZER

21 U.S.C. § 952(a)
21 U.S.C. § 963

UNITED STATES OF AMERICA,

v.

JOEL HERNANDEZ-CASTELLANOS

Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

From on or about April 20, 2000, to on or about April 23, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JOEL HERNANDEZ-CASTELLANOS,**

did knowingly and intentionally attempt to import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Sections 952(a) and 963.

                                                          5-04-00
FOREPERSON
DARYL B. KILPATRICK

THOMAS E. SCOTT
UNITED STATES ATTORNEY

BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JOEL HERNANDEZ-CASTELLANOS

CASE NO. **00-6112**

CERTIFICATE OF TRIAL ATTORNEY*

CR-ZLOCH

Superseding Case Information:
New Defendant(s)        Yes ___   No ___
Number of New Defendants  ___
Total number of counts   ___

MAGISTRATE JUDGE
SELTZER

**Court Division**: (Select One)

___ Miami    ___ Key West
_X_ FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) __Yes__
   List language and/or dialect  __Spanish__

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                           (Check only one)

   I    0 to 5 days      _X_         Petty       ___
   II   6 to 10 days     ___         Minor       ___
   III  11 to 20 days    ___         Misdem.     ___
   IV   21 to 60 days    ___         Felony      _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) __Yes__
   If yes:
   Magistrate Case No. __00-4089-Snow__
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of __April 25, 2000__
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999?  ___ Yes  _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 88171

*Penalty Sheet(s) attached

REV.4/7/99

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: JOEL HERNANDEZ-CASTELLANOS   No.: **00-6112**

Count # 1:

Knowingly and intentionally attempting to import cocaine into the United States;

in violation of 21 U.S.C. § 952(a) and 963

**MAGISTRATE JUDGE SELTZER**

*Max Penalty:   40 years' imprisonment; $ 2,000,000 fine

Count # :

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**