FILED by D.C.
MAY 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6112-CR-Zloch

UNITED STATES OF AMERICA

vs

Joel Hernandez-Castellanos

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 5-9-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retain counsel of record will be noticed for trial by the District Court Jud[ge] assigned to this case. The following information is current as of this dat[e]

DEFENDANT:         Address: _____In Custody_____

                   Telephone: _____

DEFENSE COUNSEL:   Name: _____FPD_____

                   Address: _____

                   Telephone: _____

BOND SET/CONTINUED:  $_____Cont'd in custody_____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __9__ day of ___May___, 20_00_.

CLARENCE MADDOX
COURT ADMINISTRATOR / CLERK

By: _____
     Deputy Clerk

Tape No. 00-_033_

cc: Clerk for Judge
    U. S. Attorney