| | | | |
|---|---|---|---|
| DEFT: | Joel Hernandez-Castellanos (J)# | CASE NO: | 00-6112-CR-Zloch ~~00-4089-L38~~ |
| AUSA: | Bertha Mitrani *present* | ATTNY: | FPD Wilcox |
| AGENT: | | VIOL: | |
| PROCEEDING: | ~~Prelim~~/Arraignment | BOND REC: | |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

____ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

FILED by ___ D.C.
MAY 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested ✓

*[stamp: Interpreter sworn ... Manuski Deputy Clerk]*

No tapes

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 5-24-00 | 11:00 | SNow |

DATE: 5-9-00    TIME: 11:00am    TAPE # 00-33  PG # 3

1951-2069

/13