HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __SEAN FITZGERALD THOMPSON__  CASE NO: __00-6114-CR-ZLOCH__
AUSA __LYNN ROSENTHAL / Hummel__  ATTY FPD __Smargon__

*Disc going out - possible plea* __00-024__
*June 7 for motions* @ 1478

DEFT __JOEL HERNANDEZ-CASTELLANOS__  CASE NO: __00-6112-CR-ZLOCH__
AUSA __BERTHA MITRANI / Hummel__  ATTY FPD __Wilcox__

*Disc out - no pending motions - No tape*
*possible plea - 6-7 for motions* @ 1520

DEFT __MARIO ALVAREZ__  CASE NO: __00-6096-CR-DIMITROULEAS__
AUSA __LARRY BARDFELD / Hummel__  ATTY __FRANK RUBIO__ - *pres*

*pro* Juan Gonzalez, Esq. for Omar Campos
*Disc out - possible plea - 6-7 for mots* @ 1566

DEFT __JUDE CHARLES FREDERICK__  CASE NO: __00-6107-CR-ZLOCH__
AUSA __BRUCE BROWN / Hummel__  ATTY FPD __Smargon__

*Disc out - No tape - poss. plea* @ 1614

DEFT _____  CASE NO: _____
AUSA _____  ATTY _____

DEFT _____  CASE NO: _____
AUSA _____  ATTY _____

DATE __5/24/00__  TIME __10:00__