UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:   00-6112-CR-ZLOCH

**UNITED STATES OF AMERICA**

      **v.**

**JOEL HERNANDEZ-CASTELLANOS**

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE                                COURTROOM A
299 E. BROWARD BLVD.                 DATE & TIME:
FT. LAUDERDALE, Fl, 33301            June 19, 2000, at 9:00 AM

**CALENDAR CALL - RESET BY COURT**

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: May 25, 2000

cc:
Bertha Mitrani, Esq., AUSA
Daryl Wilcox, Esq., AFPD

