UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6112-CR-Zloch  DATE 6-19-00
CLERK Carline Newby  REPORTER Carl Schenzlely
PROBATION _____  INTERPRETER _____

UNITED STATES OF AMERICA v. Joel Hernandez Castahnas

U. S. ATTORNEY Bertha Mitrani  DEFT COUNSEL Tim Day for Wilcox

DEFENDANT: PRESENT ___ NOT PRESENT ___ ON BOND ___ IN CUSTODY ___

REASON FOR HEARING Calendar Call

RESULT OF HEARING To Set for plea

JUDGMENT

CASE CONTINUED TO _____ TIME ___ FOR ___

MISC

*[initials]*
20