UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6112-CR-ZLOCH

UNITED STATES OF AMERICA

v.

JOEL HERNANDEZ-CASTELLANOS

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE  COURTROOM A
299 E. BROWARD BLVD.  DATE & TIME:
FT. LAUDERDALE, FL 33301  July 13, 2000 at 1:30 PM

**CHANGE OF PLEA** - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: June 20, 2000

cc:
Bertha Mitrani, Esq., AUSA
Daryl Wilcox, Esq., AFPD

