**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6112-CR-ZLOCH**

UNITED STATES OF AMERICA

v.

JOEL HERNANDEZ-CASTELLANOS

| TYPE OF CASE | CRIMINAL |

FILED
JUL 17 2000

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE:                          COURTROOM A
299 E. BROWARD BLVD.            DATE & TIME:
FT. LAUDERDALE, FL 33301        July 27, 2000 at 10:15 AM

**CHANGE OF PLEA - RESET BY COURT - COUNSEL PLEASE ADVISE YOUR CLIENT
JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: July 17, 2000

cc:
Bertha Mitrani, Esq., AUSA
Daryl Wilcox, Esq., AFPD

