UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES


FILED by _____ D.C.
JUL 27 2000

CASE NUMBER 00-6112-CR-Zloch   DATE 7-27-00
CLERK Carline Newlay   REPORTER Carl Schenzler
PROBATION _____   INTERPRETER Irene Tomassini

UNITED STATES OF AMERICA v. Joel Hernandez-Castellanos

U. S. ATTORNEY Bertha Mitrani   DEFT COUNSEL Daryl Wilcox

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Change of Plea to the one count Indictment

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to Count 1

CASE CONTINUED TO 10-13-00 TIME 2:30 PM FOR Sentencing

MISC No written plea agreement

23