UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES


FILED by _____ D.C.
OCT 13 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6112-CR-ZLOCH    DATE: 10-13-00
CLERK: Carlene Newby    REPORTER: Carl Schanzleh
PROBATION: Ed Cooley    INTERPRETER: Edna Brayfield

UNITED STATES OF AMERICA v. Joel Hernandez-Castellanos

U.S. ATTORNEY: Bertha Mitrani    DEFT COUNSEL: Daryl Wilcox

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Ct finds def't minor participant. Ct overrules appeal issue - ruled for downward departure denied. Ct 1 - 30 months custody of BOP - 3 yrs supervised

JUDGMENT: Release. Spec Cds - Upon completion of imprisonment be surrendered to INS for deportation - If deported not re-enter w/o prior express

CASE CONTINUED TO _____ TIME _____ FOR _____
Permission of A.G. - Non-Reporting
MISC: If deported - Participate in drug/alcohol abuse program - $100 assessment. FPD appointed for appeal -

26